**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7651**

———————

ANTHONY FRED MARTIN,

                Plaintiff - Appellant,

     v.

MICHAEL MCCALL; LIEUTENANT MCCAULEY; OFFICER TIMMS,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge. (4:13-cv-01567-DCN)

———————

Submitted:  February 28, 2014      Decided:  April 3, 2014

———————

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Fred Martin, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Fred Martin appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning below. Martin v. McCall, No. 4:13-cv-01567-DCN (D.S.C. filed Sept. 20, entered Sept. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED